# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Philip E. Dixon<br>P.O. Box 144<br>Hill AFB, UT  84089-0144 | **CHAPTER 13**<br><br>**Case Number:** 10-52004-JPS<br><br>**ATTORNEY:** AKIN, WEBSTER & MATSON, P.C. |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $784.56 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

Philip E. Dixon
P.O. Box 144
Hill AFB, UT  84089-0144

**DATED:** January 17, 2014

/s/ Camille Hope
**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**