## OFFICE OF THE CHAPTER 13 TRUSTEE
### MIDDLE DISTRICT OF GEORGIA

| Correspondence: | 201 2ND ST STE 1000 | Payments: |
|---|---|---|
| **CHAPTER 13 TRUSTEE** | **MACON GA  31201** | **CHAPTER 13 TRUSTEE** |
| **P.O. BOX 954** | | **MIDDLE DISTRICT OF GA** |
| **MACON GA  31202-0954** | **TELEPHONE (478)742-8706** | **PO BOX 102043** |
| | **IN GA (800)522-0601** | **ATLANTA GA  30368-2043** |
| | **FAX (478)746-4488** | |

February 04, 2014

WILLIAM E. TANNER, CLERK
UNITED STATES BANKRUPTCY COURT
P.O. BOX 1957
MACON, GA 31202

RE:   CASE #   10-52004-JPS
      Philip E. Dixon

Dear Mr. Tanner:

Please note the new address for the above-referenced Debtor:

   PO Box 56144
   Hill AFB, UT  84056-0144

                              Sincerely,

                               /s/ Camille Hope
                              _____

                              CAMILLE HOPE, TRUSTEE
                              OFFICE OF THE CHAPTER 13 TRUSTEE

ha